| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>Robert N. Braverman, Esquire (RB4093)<br>Law Office of Robert Braverman, LLC<br>1060 N. Kings Hwy., Suite #333<br>Cherry Hill, NJ 08034<br>(856) 348-0115<br>Attorneys for Debtor | |
|---|---|
| In Re:<br><br>JOHN K. CRAIN, JR.,<br><br>   Debtor. | Case No:  19-27049<br><br>Judge:  Michael B. Kaplan<br><br>Chapter:  13 |

Order Filed on October 2, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

## ORDER CONTINUING AUTOMATIC STAY
## AS TO ALL CREDITORS

The relief set forth on the following pages, numbered two (2) through 2 is hereby

**ORDERED**

**DATED: October 2, 2019**

*/s/ Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page 2
In re:      JOHN K. CRAIN, JR.
Case #      19-27049/MBK
Caption:    ORDER CONTINUING AUTOMATIC STAY AS TO ALL CREDITORS

    This matter having been opened to the Court by ROBERT N. BRAVERMAN, ESQUIRE of LAW OFFICE OF ROBERT BRAVERMAN, LLC, attorney for the above captioned debtor, pursuant to a Motion Seeking an Order Continuing the Automatic Stay as to All Creditors, and the Court having reviewed the supporting documents filed herein and having heard the arguments of counsel, and for good cause shown;

    It is ORDERED that the automatic stay is continued as to all creditors.