| UNITED STATES BANKRUPTCY COURT |
| DISTRICT OF NEW JERSEY |
| Caption in Compliance with D.N.J. LBR 9004-2(c) |

Robert N. Braverman, Esquire (RB4093)
Law Office of Robert Braverman, LLC
1060 N. Kings Hwy., Suite #333
Cherry Hill, NJ 08034
(856) 348-0115
Attorneys for Debtor

Order Filed on October 2, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| In Re: | Case No: | 19-27049 |
| JOHN K. CRAIN, JR., | Judge: | Michael B. Kaplan |
| Debtor. | Chapter: | 13 |

## ORDER CONTINUING AUTOMATIC STAY
## AS TO ALL CREDITORS

The relief set forth on the following pages, numbered two (2) through 2 is hereby

**ORDERED**

**DATED: October 2, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page 2
In re:      JOHN K. CRAIN, JR.
Case #     19-27049/MBK
Caption:   ORDER CONTINUING AUTOMATIC STAY AS TO ALL CREDITORS

This matter having been opened to the Court by ROBERT N. BRAVERMAN, ESQUIRE of LAW OFFICE OF ROBERT BRAVERMAN, LLC, attorney for the above captioned debtor, pursuant to a Motion Seeking an Order Continuing the Automatic Stay as to All Creditors, and the Court having reviewed the supporting documents filed herein and having heard the arguments of counsel, and for good cause shown;

It is ORDERED that the automatic stay is continued as to all creditors.

United States Bankruptcy Court
District of New Jersey

In re:  
John K. Crain, Jr.  
    Debtor

Case No. 19-27049-MBK  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 1      Date Rcvd: Oct 04, 2019  
                       Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 06, 2019.  
db           +John K. Crain, Jr.,    81 Oswego Trail,    Medford, NJ 08055-1110

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                        TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 06, 2019                                       Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 4, 2019 at the address(es) listed below:  
          Albert   Russo    docs@russotrustee.com  
          Rebecca Ann Solarz    on behalf of Creditor    Ditech Financial LLC rsolarz@kmllawgroup.com  
          Robert   Braverman    on behalf of Debtor John K. Crain, Jr. robert@bravermanlaw.com  
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                    TOTAL: 4