Form 132 − 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19−27049−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   John K. Crain Jr.
   81 Oswego Trail
   Medford, NJ 08055

Social Security No.:
   xxx−xx−2635

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date: 6/15/21
Time: 10:00 AM
Location: Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

     An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

     **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: May 17, 2021
JAN: ghm

                          Jeanne Naughton
                          Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re:  
John K. Crain, Jr.  
    Debtor

Case No. 19-27049-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 2  
Date Rcvd: May 17, 2021      Form ID: 132      Total Noticed: 15

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 19, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | John K. Crain, Jr., 81 Oswego Trail, Medford, NJ 08055-1110 |
| 518445304 | | Ditech, PO Box 6172, Rapid City, SD 57709-6172 |
| 518445305 | + | Gurbir S. Grewal, Attorney General, PO Box 080, Trenton, NJ 08625-0080 |
| 518445307 | #+ | KML Law Group, PC, Attn: Kristina Martha, Esquire, 216 Haddon Avenue, Suite 406, Collingswood, NJ 08108-2812 |
| 518699049 | | New Residential Mortgage LLC, P.O. Box 10826, Greenville, SC 29603-0826 |
| 518699050 | | New Residential Mortgage LLC, P.O. Box 10826, Greenville, SC 29603-0826, New Residential Mortgage LLC, P.O. Box 10826 Greenville, SC 29603-0826 |
| 518445309 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of NJ, Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695 |
| 518463315 | + | US Attorney for IRS, 970 Broad St, 5th Fl, Newark, NJ 07102-2534 |
| 518445310 | | Wells Fargo Dealer Services, MAC T9017-026, PO Box 168048, Irving, TX 75016-8048 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 17 2021 20:49:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 17 2021 20:49:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518445303 | | Email/Text: ally@ebn.phinsolutions.com | May 17 2021 20:48:00 | Ally, PO Box 380902, Minneapolis, MN 55438-0902 |
| 518543245 | | Email/Text: ally@ebn.phinsolutions.com | May 17 2021 20:48:00 | Ally Capital, PO Box 130424, Roseville MN 55113-0004 |
| 518463313 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | May 17 2021 20:48:00 | District Director for IRS, 955 So Springfield Ave, Springfield, NJ 07081-3570 |
| 518550606 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | May 17 2021 22:23:41 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 6

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518445306 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA |

| | | |
|---|---|---|
| | | 19101-7346, address filed with court:, IRS, Centralized Insolvency Operations, PO Box 21126, Philadelphia, PA 19114 |
| 518463314 | *+ | IRS, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518470415 | * | IRS, POB 7346, Philadelphia, PA 19101-7346 |
| 518463312 | *P++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245, address filed with court:, State of NJ, POB 245, Trenton, NJ 08695 |
| 518445308 | *P++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245, address filed with court:, State of New Jersey, Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695 |
| 518563867 | ## | Ditech Financial LLC, P.O. Box 12740, Tempe, AZ 85284-0046 |
| 518463311 | ##+ | Robert Braverman, Esq., 1060 N Kings Hwy, Ste 333, Cherry Hill, NJ 08034-1910 |

TOTAL: 0 Undeliverable, 5 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 19, 2021           Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 17, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor NewRez LLC D/B/A Shellpoint Mortgage Servicing dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Harold N. Kaplan | on behalf of Creditor New Residential Mortgage LLC hkaplan@rasnj.com informationathnk@aol.com |
| Rebecca Ann Solarz | on behalf of Creditor Ditech Financial LLC rsolarz@kmllawgroup.com |
| Robert Braverman | on behalf of Debtor John K. Crain Jr. rbraverman@mcdowelllegal.com, tcuccuini@mcdowelllegal.com;lwood@mcdowelllegal.com;kgresh@mcdowelllegal.com;kbrocious@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;bravermanrr62202@notify.bestcase.com |
| Sindi Mncina | on behalf of Creditor NewRez LLC D/B/A Shellpoint Mortgage Servicing smncina@raslg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 8