Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19−27049−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
John K. Crain Jr.
81 Oswego Trail
Medford, NJ 08055

Social Security No.:
xxx−xx−2635

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 3/23/22 at 09:00 AM

to consider and act upon the following:

*66* − Creditor's Certification of Default (related document:37 Motion for Relief from Stay re: 81 Oswego Trail Medford NJ 08055. Fee Amount $ 181. filed by Creditor NewRez LLC D/B/A Shellpoint Mortgage Servicing, Motion for Relief from Co−Debtor Stay of Melissa S. Crain, 40 Order on Motion For Relief From Stay, Order on Motion For Relief From Co−Debtor Stay) filed by Denise E. Carlon on behalf of NewRez LLC D/B/A Shellpoint Mortgage Servicing. Objection deadline is 02/23/2022. (Attachments: # 1 Exhibit "A" # 2 Exhibit "B" # 3 Proposed Order # 4 Certificate of Service) (Carlon, Denise)

Dated: 2/24/22

Jeanne Naughton
Clerk, U.S. Bankruptcy Court