| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
|---|
| Albert Russo<br>PO Box 4853<br>Trenton, NJ  08650<br>(609) 587-6888<br>Standing Chapter 13 Trustee |

| In re:<br><br>John K. Crain, Jr.<br><br><br>Debtor(s) | Case No.: 19-27049 / MBK<br><br>Judge: Michael B. Kaplan<br><br>Chapter: 13 |
|---|---|

## CERTIFICATION OF SERVICE

1. I, Kierstyn Buchanan, am an employee of Albert Russo, the Standing Chapter 13 Trustee in the above captioned matter.

2. On 4/28/2022, I caused a copy of the following pleadings and/or documents to be mailed to the parties listed in the chart below:

   **Trustee's Certification of Default, Proposed Form of Order, Certificate of Service**

3. I hereby certify, under penalty of perjury, that the above documents were sent using the mode of service indicated.

Dated:  4/28/2022                                                                    /s/  Kierstyn Buchanan

                                                                                            Kierstyn Buchanan

| Name and Address of Party Served | Relationship of Party to Case | Mode of Service |
|---|---|---|
| John K. Crain, Jr.<br>81 Oswego Trail<br>Medford, NJ  08055 | Debtor(s) | Regular Mail |
| ROBERT BRAVERMAN<br>MCDOWELL LAW, PC<br>46 WEST MAIN ST<br>MAPLE SHADE,  NJ  08052 | Attorney for Debtor(s) | Regular Mail and Notice of Electronic Filing (NEF) |