UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Albert Russo
PO Box 4853
Trenton,  NJ    08650
(609) 587-6888
Standing Chapter 13 Trustee

In re:

John K. Crain, Jr.

                              Debtor(s)

Case No.: 19-27049 / MBK

Judge: Michael B. Kaplan

Chapter: 13

## <u>CERTIFICATION OF SERVICE</u>

1. I, Kierstyn Buchanan, am an employee of Albert Russo, the Standing Chapter 13 Trustee in the above captioned matter.

2. On 10/18/2022, I caused a copy of the following pleadings and/or documents to be mailed to the parties listed in the chart below:

   **Trustee's Certification of Default, Proposed Form of Order, Certificate of Service**

3. I hereby certify, under penalty of perjury, that the above documents were sent using the mode of service indicated.

Dated:  10/18/2022

/s/  Kierstyn Buchanan

Kierstyn Buchanan

| Name and Address of Party Served | Relationship of Party to Case | Mode of Service |
| --- | --- | --- |
| John K. Crain, Jr.<br>81 Oswego Trail<br>Medford, NJ   08055 | Debtor(s) | Regular Mail |
| Robert Braverman, Esq.<br>McDowell Law PC<br>46 West Main Street<br>Maple Shade,  NJ   08052 | Attorney for Debtor(s) | Regular Mail and Notice of Electronic Filing (NEF) |